| | |
|---|---|
| 1 | HARVEY P. SACKETT (72488) |
| 2 | **SACKETT AND ASSOCIATES** |
| 3 | A PROFESSIONAL LAW CORP. |
| | 1055 Lincoln Avenue |
| 4 | Post Office Box 5025 |
| | San Jose, California 95150-5025 |
| 5 | Telephone: (408) 295-7755 |
| 6 | Facsimile: (408) 295-7444 |
| 7 | /as |
| 8 | Attorney for Plaintiff |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KRISTINE A. MORILLAS, | ) | Civil No. C-07-04165 MJJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner, Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (30) days up through and including Monday, February 6, 2008 in which to e-file her Motion for Summary Judgment. This extension is necessitated by the number of other cases (13) Plaintiff's counsel currently needs to brief for this court and other district courts in and around the same time period.

1

STIPULATION AND ORDER

|     |                              |                                                      |
| --- | ---------------------------- | ---------------------------------------------------- |
| 1   |                              |                                                      |
| 2   |                              | SCOTT N. SCHOOLS                                     |
| 3   |                              | United States Attorney                               |
| 4   |                              | (Verbal authorization given by Donna Anderson on Ms. Ryan's Behalf) |
| 5   |                              |                                                      |
| 6   | Dated: January 7, 2008       | /s/                                                  |
| 7   |                              | SARAH RYAN<br>Special Assistant U.S. Attorney        |
| 11  | Dated: January 7, 2008       | /s/                                                  |
| 12  |                              | HARVEY P. SACKETT<br>Attorney for Plaintiff<br>KRISTINE A. MORILLAS |
| 14  | IT IS SO ORDERED.            |                                                      |
| 17  | Dated: 1/9/2008              | /s/ Martin J. Jenkins                                |
| 18  |                              | HON. MARTIN J. JENKINS<br>United States District Judge |