1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX
3  Social Security Administration
4  DONNA MONTANO, SBN CA 165628
   Special Assistant United States Attorney

   333 Market Street, Suite 1500
   San Francisco, California 94105
   Telephone: (415) 977-8985
   Facsimile: (415) 744-0134
   E-Mail: donna.m.montano@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KRISTINE A. MORILLAS, ) | |
| ) | |
| Plaintiff, ) | CIVIL NO. 07-04165 MJJ |
| ) | |
| v. ) | SUBSTITUTION OF COUNSEL |
| ) | AND ORDER |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

PLEASE TAKE NOTICE that Defendant Commissioner of Social Security hereby designates the following Special Assistant U.S. Attorney as its counsel of record in the above-captioned case in place of Special Assistant U.S. Attorney Sarah Lynn Ryan:

///

///

```
                    Donna Montano
                    Special Assistant U.S. Attorney
                    333 Market Street, Suite 1500
                    San Francisco, CA 94105
                    Telephone: (415) 977-8985
                    Facsimile: (415) 744-0134
                    E-Mail: donna.m.montano@ssa.gov
```

                                      Respectfully submitted,

DATED: January 23, 2008        JOSEPH P. RUSSONIELLO
                                      United States Attorney
                                      LUCILLE GONZALES MEIS
                                      Regional Chief Counsel, Region IX
                                      Social Security Administration

                                      <u>/s/ Donna Montano</u>
                                      DONNA MONTANO
                                      Special Assistant U.S. Attorney

                                      Attorneys for Defendant



IT IS SO ORDERED
Judge Martin J. Jenkins
1/28/2008
United States District Court, Northern District of California