BETTY HERRERA (242189)
**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.
1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINE A. MORILLAS, | Civil No. C-07-04165 VRW |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | |
| Defendant. | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (30) days up through and including Friday, June 20, 2008 in which to e-file her Reply to Defendant's Cross-Motion for Summary Judgment. This extension is necessitated by the number of other cases (11) Plaintiff's counsel currently needs to brief for this court and other district courts in and around the same time period.

1

STIPULATION AND ORDER

|  |  |
|---|---|
|  | SCOTT N. SCHOOLS<br>United States Attorney |
| Dated: May 19, 2008 | /s/<br>SARAH RYAN<br>Special Assistant U.S. Attorney |
| Dated: May 19, 2008 | /s/<br>BETTY HERRERA<br>Attorney for Plaintiff<br>KRISTINE A. MORILLAS |

IT IS SO ORDERED.

Dated: May 22, 2008

GRANTED
Judge Vaughn R Walker

2

STIPULATION AND ORDER